IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TROY LUKENS,

    Petitioner,

v.

RICK ANGELOZZI,

    Respondent.

_____

Civ. No. 3:14-cv-00720-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 53), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although petitioner did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 53) is adopted. The petition is dismissed, without prejudice.

IT IS SO ORDERED.

    DATED this 9th day of July, 2015.

                                                         _____/s/ Michael J. McShane _____
                                                              Michael McShane
                                                         United States District Judge

1 –ORDER